CHERYL SCHULT *v.* JEFFREY SCOT SCHULT

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 675 (AC 13482), is denied.

*Carolyn Wilkes Kaas*, in support of the petition.

*John J. Bennett* and *Colette S. Griffin*, in opposition.

Decided May 9, 1996

MAURICE REYNOLDS *v.* CHRYSLER FIRST COMMERCIAL CORPORATION

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 725 (AC 14278), is denied.

*Markus L. Penzel*, in support of the petition.

*Jacqueline D. Bucar*, in opposition.

Decided May 9, 1996